IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MELANIE OGLETREE, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.<br>: 1:19-CV-03806-LMM |
| AETNA LIFE INSURANCE COMPANY, | : |
| Defendant. | : |

## **ORDER**

Presently before the Court is Plaintiff's motion to seal her case. Dkt. No. [72]. The motion is **DENIED WITHOUT PREJUDICE**.

Although there is no absolute right of public access to civil litigation, the public supports the civil justice system through its tax dollars, and the Court therefore must balance the need for confidentiality with the public's right to know. Plaintiff may file a renewed motion that identifies by docket number each filing she requests be sealed. She is cautioned that a document's sporadic references to personal information will not warrant the sealing of the document

as a whole; in such cases, she should file as an exhibit to her renewed motion to seal a redacted copy of the document she seeks to seal.

**IT IS SO ORDERED** this 31st day of May, 2022.

**Leigh Martin May**
**United States District Judge**