FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 25 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

U.S.C.A. DOCKET
NO. 2019CV03806

IN THE UNITED STATES COURT
FOR THE ELEVENTH CIRCUIT

MELANIE OGLETREE
v.
AETNA LIFE INSURANCE COMPANY

United States Court
Atlanta Division

Motion to immediately Seal Records (any and all records/Filings) for case 2019cv03806 for the below 3 listed filings

MELANIE OGLETREE

Motion to immediately Seal Records (any and all records/Filings) for case 2019cv03806 for the below 3 listed filings.

Please immediately seal any and all of my court records, filings and dockets and uploaded attachments for the 3 below case filings.

The below filing information being published is highly detrimental to my mental Health and is currently available on Pacer and many websites.

- 2019cv03806
  1:19-cv-03806-LMM
  Ogletree v. Aetna Life Insurance Company

The below listed filings contain:

- Highly sensitive medical information that is protected by Hippa regulations

- Contains my address, email address, phone number and date of birth
- They contain my complete Social Security Disability records that includes my social security number
- My extensive and confidential/hippa doctors records
- All of my pharmacy/prescription data
- My medical diagnoses and symptoms
- My family history
- My detailed insurance information and detailed insurance plan number
- My work sensitive data and job position and history
- Much more highly sensitive data

Please immediately seal the below 3 filings and all associated documents and docket information:

1.
Filed:   12/18/2020
Entered:      12/21/2020
Docket Text Terminated Case

2.
Filed:   12/18/2020
Entered:      12/21/2020
Docket Text Order on Motion for Summary Judgment

3.
Filed & Entered:      12/21/2020
Docket Text Clerk's Judgment


Please confirm sealing of my case filings via email. Please help. Thank you.

Melanie ogletree

Melanie Ogletree
5122 Happy Hollow Rd.
Atlanta, GA 30360

CERTIFIED MAIL

7021 2720 0002 4007 0804

CLEARED DATE
JUL 2 5 2022
U.S. Marshals Service
Atlanta, GA 30303

U.S. POSTAGE PAID
FCM LETTER
PEACHTREE CORNERS, GA
30092
JUL 21, 22
AMOUNT
$3.40
R2304E106738-14

JUL 21 2022

Richard B. Russell Federal Bldg.
2211 United States Court House
75 Ted Turner Dr., SW
Atlanta, GA 30303-3309
Attn: Clerk of Court